IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DIRECT WIRELESS, LLC, ET AL.                                         PLAINTIFFS

VS.                                            CIVIL ACTION NO.: 3:09CV62-DPJ-JCS

VERIZON WIRELESS PERSONAL
COMMUNICATIONS, LP                                                   DEFENDANTS

## **JUDGMENT**

For the reasons given in the Court's Order, Defendant Verizon Wireless Personal Communications, LP's Motion to Dismiss Plaintiffs' claims pursuant to Federal Rule of Civil Procedure 12(b)(b) for failure to state a claim [7] is granted as to all counts.

IT IS HEREBY ORDERED that this action is dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 7th day of July, 2009.

                                        s/ *Daniel P. Jordan III*
                                        UNITED STATES DISTRICT JUDGE